UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO. 3:14-00180 |
| | ) JUDGE SHARP |
| **SABINO DEALMONTE CASTILLO** | ) |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Trial (Docket Entry No. 13), The Defendant has filed a Waiver of Speedy Trial.

For the reasons stated in the motion, the motion is GRANTED, and the jury trial scheduled for March 3, 2015, is hereby rescheduled for **Tuesday, April 28, 2015, at 9:00 a.m.**[1]

Any motions to suppress shall be filed no later than forty-five days prior to the trial date, with responses due within ten days following the date the motion is filed. All other pretrial motions, including motions in limine, shall be filed no later than twenty days prior to the trial date, with responses due within seven days following the date the motion is filed.

**Any motion to continue trial shall be filed no later than 10 days before the scheduled trial date, and any opposition shall be filed within 3 days of the motion to continue. All motions to continue shall be accompanied by an executed waiver of Speedy Trial Act.**

The parties are forewarned that pleadings filed after the deadlines set forth herein may not be considered by the Court.

All plea agreements shall be consummated by noon, Friday, April 24, 20215, and the Courtroom Deputy shall be so notified that same day. Any proposed plea agreement shall be

---

[1]The Court notes that the trial has now been continued two times.

submitted to the Court no later than Monday, April 27, 2015, or as otherwise scheduled by the Court. No plea agreement will be entertained unless it is in compliance with this Order.

The Court finds that the ends of justice will be best served by a continuance of this action, and that such continuance outweighs the best interest of the public and the Defendant in a speedy trial. Accordingly, the period of time from March 3, 2015, through April 28, 2015, is excluded from the computation of time pursuant to the Speedy Trial Amendments Act of Title 18 U.S.C. § 3161(h)(7).

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE