UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00180 |
| | ) | JUDGE SHARP |
| SABINO DEALMONTE CASTILLO | ) | |

### O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, May 6, 2015, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE